UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER A. B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00152-KMB-RLY |
| | ) |
| LELAND C. DUDEK, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

The Court now enters **FINAL JUDGMENT** in favor of the Defendant and against the Plaintiff and **AFFIRMS** the decision of the Administrative Law Judge.

**SO ORDERED.**

Date: 3/13/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Kristine L. Seufert, Clerk

BY: *Michelle G. Landrum*
Deputy Clerk, U.S. District Court


Distribution:

All ECF-registered counsel of record via email